**Order entered October 7, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00954-CV

## ABDUL MATEEN MODI, Appellant

## V.

## AFSHEEN IMRAN, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-03597-2019**

## ORDER

We dismissed this appeal on September 27, 2021, for failure to prosecute the appeal. On October 5, 2021, appellant filed a motion seeking to produce additional documents to the Court and requesting the case be referred to mediation. Appellant's motion is **DENIED**.

/s/     KEN MOLBERG
        JUSTICE